IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY, INC., <br><br> Plaintiff <br><br> v. <br><br> TELECOMMUNICATIONS REGULATORY BOARD OF PUERTO RICO, et al., <br><br> Defendants | CIVIL NO. 03-1898 (JP) |

**AMENDED FINAL JUDGMENT**

In accordance with the Judgment and Mandate issued by the United States Court of Appeals for the First Circuit (Nos. 31 and 32), the Court hereby **AMENDS** its Judgment (No. 22) and **ENTERS JUDGMENT** for Defendants, **DISMISSING WITHOUT PREJUDICE** Plaintiff's claims without costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of December, 2006.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE